STATE OF MAINE
KENNEBEC, ss.

SUPERIOR COURT
CIVIL ACTION
Docket No. CV-07-242

*N/M - - L. ? N/- - / . c ?r:*

WANDA WYMAN and
JOHN WYMAN

Plaintiff

v.

DECISION AND ORDER

DIANE ROGERS and
SMOKERISE, INC.
d/b/a THE BIRCHES
FAMILY CAMPGROUND

DONALD L. GARBRECHT
LAW LIBRARY

Defendants

The defendants move for summary judgment pursuant to M.R. Civ. P. 56. The defendants filed a statement of material facts (DSMF). The plaintiffs responded (PRSMF) and filed a statement of additional material facts (PSAMF), to which the defendant did not file the required response. See M.R. Civ. P. 56(h)(2) & (3).

Facts

In approximately May 2006, defendant Diane Rogers discussed with the plaintiff Wanda Wyman, the purchase by defendant Smokerise, Inc. of the plaintiffs' 2000 Breckenberg Park Model 1238 camper. (DSMF ¶ 1; PRSMF ¶ 1.) On or about January 22, 2007, defendant Rogers sent the plaintiffs a letter of intent to purchase the camper. (DSMF ¶ 2; PRSMF ¶ 2.) Defendant Rogers would buy the camper and all of its accessories, including an 8' x 34' deck, screened-in porch, awning, and detached shed for $25,500.00. (DSMF ¶ 3; PRSMF ¶ 3.)[1]

---

[1] The defendants' argument that, at the very least, there is no individual liability on the part of defendant Rogers does not make sense in light of her own affidavit: "The arrangement was that I would buy the Camper . . . ." DSMF ¶ 3; Rogers Aff. ¶ 4.

Defendant Rogers later notified the plaintiffs that because of potential foreclosure on the campground at which the camper was located, defendant Rogers would be unable to complete purchase of the camper. (DSMF ¶ 6; PRSMF ¶ 6.) On February 9, 2007, the plaintiff sent defendant Rogers an email stating:

> What a blow, I was thinking of you and thought I would see how you were doing? I wish there was a way the bank would be more cooperative with you. What jerks not to cut you some slack. I also suffered a blow also, since we could not sell the camper I will not be able to purchase dads home. I'm not telling you this to make you feel bad, Please don't' feel bad I know you would have honored your agreement if at all possible and I don't hold you responsible in any way. Maybe the new owner of the campground might be interested would it be to much to ask that you let who ever know that we are still interested in selling it. I hope the sale goes smoothly for you and that you come out ahead I fell so bad that you have to sell it, I know you were going to some day as part of your retirement but not now. If there is anything I can do even to lend an ear do not hesitate to call me ok.
> Thinking of you,
> Love Wanda

(DSMF ¶ 8; PRSMF ¶ 8.; Wyman Aff. Ex. V.)

## Discussion

The defendants argue that any contract was terminated by mutual agreement of the parties. A mutual agreement to rescind a contract is itself a contract. Drinkwater v. Patten Realty Corp., 563 A.2d 772, 775 (Me. 1989). The plaintiffs have raised issues of material fact regarding whether the parties mutually assented to rescind the contract. Id.; PRSMF ¶ 8; PASMF ¶¶ 22-28.

The entry is

The Defendants' Motion for Summary Judgment is DENIED.

Date: May 13, 2008

Nancy Mills
Justice, Superior Court

2

WANDA E WYMAN   - PLAINTIFF

Attorney for: WANDA E WYMAN
JED DAVIS   - RETAINED 08/22/2007
MITCHELL & DAVIS
86 WINTHROP STREET
AUGUSTA ME 04330

JOHN K WYMAN   - PLAINTIFF

Attorney for: JOHN K WYMAN
JED DAVIS   - RETAINED 08/22/2007
MITCHELL & DAVIS
86 WINTHROP STREET
AUGUSTA ME 04330


vs
DIANE ROGERS   - DEFENDANT
PO BOX 17,
WINDHAM ME 04062
Attorney for: DIANE ROGERS
SONIA J BUCK   - RETAINED
LINNELL CHOATE & WEBBER LLP
83 PLEASANT STREET
PO BOX 190
AUBURN ME 04212-0190

SMOKERISE INC - DEFENDANT
,
Attorney for: SMOKERISE INC
SONIA J BUCK   - RETAINED
LINNELL CHOATE & WEBBER LLP
83 PLEASANT STREET
PO BOX 190
AUBURN ME 04212-0190

SUPERIOR COURT
KENNEBEC, ss.
Docket No   AUGSC-CV-2007-00242


**DOCKET RECORD**

Filing Document: COMPLAINT                    Minor Case Type: CONTRACT
Filing Date: 08/22/2007

## Docket Events:

08/22/2007 FILING DOCUMENT - COMPLAINT FILED ON 08/22/2007

08/22/2007 Party(s):  WANDA E WYMAN
           ATTORNEY - RETAINED ENTERED ON 08/22/2007
           Plaintiff's Attorney: JED DAVIS

08/22/2007 Party(s):  JOHN K WYMAN
           ATTORNEY - RETAINED ENTERED ON 08/22/2007
           Plaintiff's Attorney: JED DAVIS

08/22/2007 CERTIFY/NOTIFICATION - CASE FILE NOTICE SENT ON 08/22/2007

08/22/2007 Party(s):  DIANE ROGERS
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 08/04/2007

SERVED ON DIANE ROGERS

08/22/2007 Party(s):  SMOKERISE INC
          SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 08/07/2007
          SERVED ON DIANE ROGERS FOR SMOKERISE, INC.

09/20/2007 Party(s):  DIANE ROGERS,SMOKERISE INC
          RESPONSIVE PLEADING - ANSWER FILED ON 08/21/2007
          Defendant's Attorney: SONIA J BUCK

09/20/2007 Party(s):  DIANE ROGERS
          ATTORNEY - RETAINED ENTERED ON 08/21/2007
          Defendant's Attorney: SONIA J BUCK

09/20/2007 Party(s):  SMOKERISE INC
          ATTORNEY - RETAINED ENTERED ON 08/21/2007
          Defendant's Attorney: SONIA J BUCK

09/27/2007 DISCOVERY FILING - DISCOVERY DEADLINE ENTERED ON 06/01/2008

          ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 09/26/2007
          NANCY  MILLS , JUSTICE

09/27/2007 ORDER - SCHEDULING ORDER ENTERED ON 09/26/2007
          NANCY  MILLS , JUSTICE
          ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
          PARTIES/COUNSEL

12/04/2007 Party(s):  WANDA E WYMAN,JOHN K WYMAN
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 12/04/2007
          Plaintiff's Attorney:  JED DAVIS
          WANDA WYMAN'S REQUEST FOR ADMISSIONS TO DEFS SERVED ON SONIA BUCK, ESQ., ON 11/30/07.

12/04/2007 Party(s):  DIANE ROGERS,SMOKERISE INC
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 12/04/2007
          BY ATTY CONWAY AND BUCK FOR DEFS'S...FIRST REQUEST FOR ADMISSIONS SERVED ON JED DAVIS ESQ
          ON 11/20/07.

12/06/2007 Party(s):  WANDA E WYMAN
          ADR - NOTICE OF ADR PROCESS/NEUTRAL FILED ON 12/04/2007
          Plaintiff's Attorney:  JED DAVIS
          MEDIATION WITH MATTHEW DYER, ESQ. ON 01/14/08.

12/06/2007 Party(s):  WANDA E WYMAN,JOHN K WYMAN
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 12/06/2007
          Plaintiff's Attorney:  JED DAVIS
          WANDA WYMAN'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DIANE ROGERS,
          SERVED ON S. BUCK, ESQ. ON 12/05/07.

12/18/2007 Party(s):  DIANE ROGERS,SMOKERISE INC
          MOTION - MOTION SUMMARY JUDGMENT FILED WITH AFFIDAVIT ON 12/17/2007
          Defendant's Attorney: SONIA J BUCK
          W/ AFFIDAVIT OF DIANE ROGERS, MEMORANDUM OF LAW, STATEMENT OF MATERIAL FACTS, PROPOSED

ORDER, REQUEST FOR HEARING

12/20/2007 Party(s):  WANDA E WYMAN,JOHN K WYMAN
           MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 12/18/2007
           Plaintiff's Attorney:  JED DAVIS


01/02/2008 Party(s):  DIANE ROGERS,SMOKERISE INC
           OTHER FILING - OPPOSING MEMORANDUM FILED ON 12/31/2007
           Defendant's Attorney: JOHN CONWAY
           DEFTS' OPPOSITION TO PLTF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFTS' MOTION FOR
           SUMMARY JUDGMENT


01/02/2008 Party(s):  DIANE ROGERS,SMOKERISE INC
           MOTION - MOTION STAY OF PROCEEDINGS FILED ON 12/31/2007
           Defendant's Attorney: SONIA J BUCK
           DEFTS' MOTION TO STAY DISCOVERY PENDING RULING ON DEFTS' MOTION FOR SUMMARY JUDGMENT AND
           DEFTS' MOTION FOR RULE 11 SANCTIONS.  PROPOSED ORDER.


01/02/2008 Party(s):  DIANE ROGERS,SMOKERISE INC
           MOTION - MOTION FOR SANCTIONS FILED ON 12/31/2007
           Defendant's Attorney: SONIA J BUCK
           DEFTS' MOTION FOR SANCTIONS AGAINST PLTFS PURSUANT TO RULE 11


01/04/2008 Party(s):  WANDA E WYMAN
           DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 01/03/2008
           Plaintiff's Attorney:  JED DAVIS
           PLT WANDA WYMAN'S RESPONSE TO DEF ROGERS REQUEST FOR ADMISSIONS SERVED ON ATTY BUCK ON
           1/2/08


01/07/2008 Party(s):  DIANE ROGERS,SMOKERISE INC
           DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 01/07/2008
           Defendant's Attorney: JOHN CONWAY
           DEF'S RESPONSES TO REQUEST FOR ADMISSIONS SERVED ON ATTY DAVIS ON 1/4/08.


01/07/2008 Party(s):  WANDA E WYMAN,JOHN K WYMAN
           OTHER FILING - OPPOSING MEMORANDUM FILED ON 01/04/2008
           Plaintiff's Attorney:  JED DAVIS
           PLTFS' OPPOSITION TO DEFTS' MOTIONS TO STAY DISCOVERY AND FOR RULE 11 SANCTIONS, AND REPLY
           IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME


01/10/2008 Party(s):  DIANE ROGERS,SMOKERISE INC
           OTHER FILING - REPLY MEMORANDUM FILED ON 01/10/2008
           Defendant's Attorney: SONIA J BUCK
           DEFTS' REPLY TO PLTF'S OPPOSITION TO MOTION TO STAY DISCOVERY


01/10/2008 Party(s):  DIANE ROGERS,SMOKERISE INC
           MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 01/10/2008
           Defendant's Attorney: SONIA J BUCK
           DEFTS' MOTION TO EXTEND DEADLINE FOR COMPLETION OF ADR PENDING RULING ON DEFTS' MOTION FOR
           SUMMARY JUDGMENT.  PROPOSED ORDER.


01/16/2008 Party(s):  DIANE ROGERS,SMOKERISE INC
           MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 01/15/2008

NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL. ADR DEADLINE WILL BE WITHIN 15 DAYS AFTER COURT'S RULING ON
DEFT'S MOTION FOR SUMMARY JUDGMENT

01/16/2008 Party(s): DIANE ROGERS,SMOKERISE INC
MOTION - MOTION FOR SANCTIONS DENIED ON 01/15/2008
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL

01/16/2008 Party(s): DIANE ROGERS,SMOKERISE INC
MOTION - MOTION STAY OF PROCEEDINGS DENIED ON 01/15/2008
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL

01/16/2008 Party(s): WANDA E WYMAN,JOHN K WYMAN
MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 01/15/2008
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL

02/07/2008 Party(s): DIANE ROGERS,SMOKERISE INC
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 02/01/2008
DEFS FIRST REQUEST FOR DOCUMENTS FROM PLT. AND DEFS RESPONSES TO PLTS REQUEST FOR
PRODUCTION OF DOCUMENTS SERVED ON ATTY. DAVIS ON 1/31/08

02/12/2008 Party(s): DIANE ROGERS,SMOKERISE INC
DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 02/07/2008
Plaintiff's Attorney: JOHN CONWAY
DEF'S ANSWERS TO PLT'S REQUEST FOR INTERROGATORIES SERVED ON ATTY DAVIS ON 2/6/08.

02/27/2008 Party(s): WANDA E WYMAN,JOHN K WYMAN
OTHER FILING - OPPOSING MEMORANDUM FILED ON 02/26/2008
Plaintiff's Attorney: JED DAVIS
PLTFS' OPPOSITION TO DEFTS' MOTION FOR SUMMARY JUDGMENT, REPLY STATEMENT OF MATERIAL
FACTS, AFFIDAVIT OF WANDA WYMAN, EXHIBITS A-W.

03/05/2008 Party(s): DIANE ROGERS,SMOKERISE INC
RESPONSIVE PLEADING - RESPONSE FILED ON 03/04/2008
Defendant's Attorney: SONIA J BUCK
DEF'S REPLY TO PLT'S OPPOSITION TO DEF'S MOTION FOR SUMMARY JUDGMENT.

03/14/2008 Party(s): WANDA E WYMAN,JOHN K WYMAN
LETTER - FROM PARTY FILED ON 03/13/2008
Plaintiff's Attorney: JED DAVIS
RE: DEFTS FAILED TO RESPOND TO PLTFS' STATEMENT OF ADDITIONAL MATERIAL FACTS.

03/20/2008 Party(s): WANDA E WYMAN,JOHN K WYMAN
LETTER - FROM PARTY FILED ON 03/13/2008
Plaintiff's Attorney: JED DAVIS
RE: DEFT'S MOTION FOR SUMMARY JUDGMENT

03/20/2008 Party(s): DIANE ROGERS,SMOKERISE INC
LETTER - FROM PARTY FILED ON 03/17/2008
Defendant's Attorney: SONIA J BUCK

RE: ATTORNEY DAVIS'S LETTER OF MARCH 11, 2008

04/02/2008 Party(s):  WANDA E WYMAN,JOHN K WYMAN
           LETTER - FROM PARTY FILED ON 03/31/2008
           Plaintiff's Attorney:  JED DAVIS
           IN RESPONSE TO SONIA BUCK, ESQ.'S LETTER OF 03/14.

04/02/2008 Party(s):  DIANE ROGERS,SMOKERISE INC
           OTHER FILING - REQUEST FOR HEARING FILED ON 04/01/2008
           Defendant's Attorney: SONIA J BUCK

05/15/2008 Party(s):  DIANE ROGERS,SMOKERISE INC
           MOTION - MOTION SUMMARY JUDGMENT DENIED ON 05/13/2008
           NANCY  MILLS , JUSTICE
           COPY TO ATTYS DAVIS AND BUCK


A TRUE COPY
ATTEST:  _____ _____
                    Clerk